No. 85–91. DE LA LASTRA PETRIRE ET AL. *v.* SPANTAX, S. A. C. A. 2d Cir. Certiorari denied.

No. 85–101. ARAIZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–103. GREAT LAKES DREDGE & DOCK CO., INC. *v.* FURKA, ADMINISTRATRIX OF THE ESTATE OF FURKA. C. A. 4th Cir. Certiorari denied.

No. 85–104. KABANUK *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 85–105. SISSON *v.* HELMS, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–106. NEW YORK COUNCIL ASSOCIATION OF CIVILIAN TECHNICIANS *v.* FEDERAL LABOR RELATIONS AUTHORITY. C. A. 2d Cir. Certiorari denied.

No. 85–107. CASTORINA *v.* LYKES BROTHERS STEAMSHIP CO., INC. C. A. 5th Cir. Certiorari denied.

No. 85–108. AKERMAN *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–113. LANDI *v.* SUI ET UX. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 85–114. SHELTON *v.* WINSOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–119. MUELLER *v.* PEVSNER. C. A. 7th Cir. Certiorari denied.

No. 85–120. CANYONEERS, INC., DBA GRAND CANYON TRAIL GUIDES *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.